Thomas M. Kerr (CA State Bar No. 241530)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:   (415) 268-2000
Facsimile:    (415) 268-1999
Email:          tom.kerr@hro.com

Attorneys for Plaintiffs,
ELEKTRA ENTERTAINMENT GROUP INC.; WARNER BROS. RECORDS INC.; PRIORITY RECORDS LLC; INTERSCOPE RECORDS; and SONY BMG MUSIC ENTERTAINMENT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; WARNER BROS. RECORDS INC., a Delaware corporation; PRIORITY RECORDS LLC, a California limited liability company; INTERSCOPE RECORDS, a California general partnership; and SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership,<br>            Plaintiffs,<br><br>    v.<br><br>THOMAS JONES,<br>            Defendant. | CASE NO. 2:06-CV-02700-GEB-EFB<br><br>Honorable Garland E. Burrell, Jr.<br><br>***EX PARTE* APPLICATION TO CONTINUE INITIAL SCHEDULING CONFERENCE AND [PROPOSED] ORDER** |

///
///
///
///
///
///

*EX PARTE* APPLICATION
Case No. 2:06-CV-02700-GEB-EFB
#28487 v1

Plaintiffs hereby request that the Court continue the initial scheduling conference currently set for March 12, 2007, at 9:00 a.m. to June 11, 2007.  Defendant was served with the summons and complaint on December 16, 2006.  Defendant has not answered or otherwise responded to the complaint.  However, on January 8, 2007, the parties, each through their counsel, stipulated to extend Defendant's time to answer the complaint until March 8, 2007.  Further, the parties are now discussing settlement in this matter, and are hopeful that a resolution can be reached.  A case management conference is therefore not necessary at this time.  Plaintiffs therefore respectfully request that the Court continue the initial scheduling conference currently set for March 12, 2007, at 9:00 a.m. to June 11, 2007.

Dated:  February 28, 2007

THOMAS M. KERR
HOLME ROBERTS & OWEN LLP

By: _/s/ Thomas M. Kerr_
    Thomas M. Kerr
    Attorney for Plaintiffs

## ORDER

**IT IS ORDERED** that the initial scheduling conference currently scheduled for March 12, 2007, at 9:00 a.m. is hereby continued to June 11, 2007.

Dated:  February 28, 2007

GARLAND E. BURRELL, JR.
United States District Judge

2

*EX PARTE* APPLICATION
Case No. 2:06-CV-02700-GEB-EFB
#28487 v1

# PROOF OF SERVICE

STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

I am employed in the office of Holme Roberts & Owen in San Francisco, California.  I am over the age of eighteen years and not a party to the within action.  My business address is 560 Mission Street, 25th Floor, San Francisco, CA  94105.

On February 28, 2007, I served the foregoing document described as:

***EX PARTE* APPLICATION TO CONTINUE INITIAL SCHEDULING CONFERENCE AND [PROPOSED] ORDER**

on the interested party in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

**William Lewis Crow**
**P.O. Box 5444**
**Vallejo, CA  94591**

XX     BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

XX     (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on February 28, 2007 at San Francisco, California.



Molly Morris