Thomas M. Kerr (CA State Bar No. 241530)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:  (415) 268-2000
Facsimile:   (415) 268-1999
Email:         tom.kerr@hro.com

Attorneys for Plaintiffs,
ELEKTRA ENTERTAINMENT GROUP INC.; WARNER BROS. RECORDS INC.; PRIORITY RECORDS LLC; INTERSCOPE RECORDS; and SONY BMG MUSIC ENTERTAINMENT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; WARNER BROS. RECORDS INC., a Delaware corporation; PRIORITY RECORDS LLC, a California limited liability company; INTERSCOPE RECORDS, a California general partnership; and SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership,<br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>THOMAS JONES,<br>　　　　　　　Defendant. | CASE NO. 2:06-CV-02700-GEB-EFB<br><br>Honorable Garland E. Burrell, Jr.<br><br>***EX PARTE* APPLICATION TO CONTINUE SCHEDULING CONFERENCE AND [PROPOSED] ORDER** |

///

///

///

///

///

///

*EX PARTE* APPLICATION
Case No. 2:06-CV-02700-GEB-EFB
#30190 v1

1  Plaintiffs hereby request that the Court continue the scheduling conference currently set for June 11, 2007 at 9:00 a.m. to September 10, 2007.  Defendant was served with the summons and complaint on December 16, 2006.  Defendant has not answered or otherwise responded to the complaint.  The parties, each through their counsel, have been in settlement communications, and now believe that this case has settled.  The settlement documents have not yet been finalized, however Plaintiffs are confident that the documents will soon be complete.  Dispositional documents will be filed with the Court as soon as they are completed.  For the foregoing reasons, a scheduling conference is therefore not necessary at this time.  Plaintiffs therefore respectfully request that the Court continue the initial scheduling conference currently set for June 11, 2007 at 9:00 a.m. to September 10, 2007.

Dated:  May 25, 2007

THOMAS M. KERR
HOLME ROBERTS & OWEN LLP

By:  _____ */s/ Thomas M. Kerr* _____
    Thomas M. Kerr
    Attorney for Plaintiffs

## ORDER

**IT IS ORDERED** that the scheduling conference currently scheduled for June 11, 2007 at 9:00 a.m. is hereby continued to September 10, 2007 at 9:00 a.m.

Dated: May 29, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge

1

*EX PARTE* APPLICATION
Case No. 2:06-CV-02700-GEB-EFB
#30190 v1